Kent B. Goss (State Bar No. 131499)
  KGoss@crowell.com
Raija J. Horstman (State Bar No. 277301)
  RHorstman@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile:  213.622.2690

Attorneys for Defendant
BAE SYSTEMS SAN DIEGO SHIP REPAIR
INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS SAN DIEGO SHIP REPAIR INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:21cv02035-TWR-AHG<br><br>**ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Action Filed: December 3, 2021<br>Judge:     Hon. Todd W. Robinson |

## ANSWER

Defendant BAE Systems San Diego Ship Repair Inc. ("BAE Systems") submits this Answer in response to Plaintiff's First Amended Complaint ("FAC"), filed February 18, 2022, and pleads as follows, with the numbered paragraphs corresponding to the paragraph numbers in the FAC. All allegations not expressly

1  admitted are hereby denied. Any allegations that may be implied or inferred from
2  the headings of the FAC are denied.

# INTRODUCTION

1. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies that Plaintiff is entitled to any relief.

2. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

3. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

4. BAE Systems denies that it is "headquartered" in San Diego. BAE Systems' shipyard facility is located in San Diego. BAE Systems admits that the remaining portions of paragraph 4 can be found on BAE Systems, Inc.'s website, which speaks for itself. BAE Systems denies that such information is relevant to BAE Systems' shipyard business in San Diego, or this dispute.

5. BAE Systems admits that it has purchased a subscription to the Publication. BAE Systems denies that it has engaged in any copyright infringement. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies all such allegations.

6. BAE Systems denies that it has engaged in any copyright infringement. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies all such allegations.

7. BAE Systems denies the allegations in paragraph 7.

8. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies that Plaintiff has been injured.

## JURISDICTION AND VENUE

9. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems admits that this Court has subject matter jurisdiction.

10. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems admits that its facility is located in San Diego, California. BAE Systems denies the remaining allegations in paragraph 10.

11. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations in paragraph 11.

## PARTIES

12. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

13. BAE Systems admits the allegations in Paragraph 13.

14. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

15. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

///

///

///

## FACTUAL BACKGROUND

16. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

17. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

18. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

19. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

20. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

21. BAE Systems admits that numerous copyright registrations were attached to the FAC as Exhibit A. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies all such allegations.

22. BAE Systems admits that it has purchased a subscription to the Publication. BAE Systems denies that it has purchased a subscription "starting in approximately 1993." BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies all such allegations.

23. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

24. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

25. BAE Systems lacks knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies all such allegations.

26. BAE Systems denies the allegations of Paragraph 26.

27. BAE Systems denies the allegations of Paragraph 27.

## COUNT ONE

28. BAE Systems repeats and incorporates by reference its answers to Paragraphs 1 through 27 as though such paragraphs were fully stated herein.

29. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 29.

30. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 30.

31. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 31.

32. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 32.

33. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 33.

34. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 34.

## COUNT TWO

35. BAE Systems repeats and incorporates by reference its answers to Paragraphs 1 through 34 as though such paragraphs were fully stated herein.

36. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 36.

37. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 37.

38. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 38.

39. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 39.

40. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 40.

41. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 41.

## COUNT THREE

42. BAE Systems repeats and incorporates by reference its answers to Paragraphs 1 through 41 as though such paragraphs were fully stated herein.

43. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 43.

44. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 44.

45. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 45.

46. This paragraph states a legal conclusion to which no response is required. To the extent a response is required, BAE Systems denies the allegations of Paragraph 46.

## ANSWER TO PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Plaintiff to which no response is required. BAE Systems denies that Plaintiff is entitled to any of the requested relief, deny any allegation contained in the requested relief to which a response is required, and request that this Court dismiss the case against BAE Systems with prejudice and order such further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 8(c), and without admitting any facts alleged by Plaintiff, BAE Systems sets forth the following separate and affirmative defenses to the Complaint, on personal knowledge as to its own actions and on information and belief as to the actions of others. By pleading these

defenses, BAE Systems does not concede that it bears the burden of proof or persuasion on any of these issues or on any issue raised through the pleadings. BAE Systems reserves the right to assert additional defenses in the event that discovery or further investigation demonstrates that any such defense is appropriate or applicable.

## FIRST AFFIRMATIVE DEFENSE
(Failure to State a Cause of Action)

Plaintiff's claims fail to state facts sufficient to constitute any cause of action against BAE Systems. BAE Systems has not infringed, did not infringe, and are not liable for infringement of any valid copyright or copyright rights of Plaintiff.

## SECOND AFFIRMATIVE DEFENSE
(Estoppel)

Plaintiff's claim is barred, in whole or in part, by the doctrine of estoppel.

## THIRD AFFIRMATIVE DEFENSE
(Laches)

Plaintiff's claim is barred, in whole or in part, by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE
(Unclean Hands)

Plaintiff's claim is barred, in whole or in part, by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE
(Waiver)

Plaintiff's claim is barred, in whole or in part, by the doctrines of waiver, abandonment, or forfeiture.

## SIXTH AFFIRMATIVE DEFENSE
(Acquiescence)

Plaintiff's claim is barred, in whole or in part, by the doctrines of acquiescence, ratification, or consent.

**SEVENTH AFFIRMATIVE DEFENSE**

(License)

Plaintiff's claim is barred, in whole or in part, because the use of the Publications at issue was expressly or impliedly licensed or authorized.

**EIGHTH AFFIRMATIVE DEFENSE**

(Copyright Registration)

Plaintiff's claim is barred, in whole or in part, to the extent that its purported copyright registrations are invalid or have not been properly obtained.

**NINTH AFFIRMATIVE DEFENSE**

(No Injury or Damages)

Plaintiff cannot obtain the relief sought in this action because they have not suffered any damage or injury due to any act or omission by BAE Systems.

**TENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

Plaintiff's claim is barred, in whole or in part, by Plaintiff's failure to mitigate its damages, if any. Alternatively, any recovery by Plaintiff should be reduced by those damages Plaintiff failed to mitigate.

**ELEVENTH AFFIRMATIVE DEFENSE**

(No Equitable Relief)

Plaintiff's claim for equitable relief, including for injunctive relief, is barred, because Plaintiff has an adequate remedy at law.

**TWELFTH AFFIRMATIVE DEFENSE**

(Innocent Infringement)

To the extent any use of the Publications at issue in this action is found to have been an infringement of the copyrights in said Publication, Plaintiff's damages, if any, are limited because BAE Systems was not aware and had no reason to believe that its acts constituted an infringement of those copyrights, and

therefore, any alleged infringement of Plaintiff's copyrights was not intentional or willful.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

Plaintiff's claim is barred, in whole or in part, by the statute of limitations.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Additional Defenses)

BAE Systems gives notice that it intends to rely upon any other defenses that may become available or appear during the discovery proceedings in this case, and hereby reserves the right to amend its answer to assert any such defenses.

### PRAYER

WHEREFORE, BAE Systems respectfully requests:

1. That Plaintiff take nothing by way of its Complaint;
2. That Plaintiff's Complaint be dismissed in its entirety with prejudice;
3. That BAE Systems be granted their reasonable attorneys' fees, costs and expenses; and
4. That the Court award such other and further relief as it deems just and proper.

Dated: March 4, 2022                        CROWELL & MORING LLP

By: /s/ Raija J. Horstman
Kent B. Goss
Raija J. Horstman
Attorneys for Defendant
BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.